**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Plaintiff,<br><br>vs.<br><br>VIZIO, Inc.<br><br>        Defendant. | Civil Action No. 1:12-cv-10900-DJC |

**[PROPOSED] ORDER**

Massachusetts Institute of Technology's Motion to Consolidate Civil Action No. 1:12-cv-10900-DJC with Civil Action No. 1:12-cv-10901-DPW is hereby granted.

IT IS SO ORDERED.

DATED this ___ day of _____, 2012

By: _____
     Denise J. Casper, United States District Judge