# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VIZIO, INC.<br><br>　　　　　　Defendant. | Civil Action No. 1:12-cv-10900-DJC |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

The parties hereby request the Court enter the attached Stipulated Protective Order.

| **MASSACHUSETTS INSTITUTE OF TECHNOLOGY** | **VIZIO, INC.** |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ Thomas F. Maffei* | */s/ John C. La Liberte* |
| Thomas F. Maffei (BBO 313220) | John C. La Liberte (BBO #556046) |
| Scott McConchie (BBO 634127) | SHERIN AND LODGEN LLP |
| GRIESINGER, TIGHE & MAFFEI, LLP | 101 Federal Street |
| 176 Federal Street | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02110 | (617) 646-2000 |
| (617) 542-9900 | jclaliberte@sherin.com |
| tmaffei@gtmllp.com | |
| smcconchie@gtmllp.com | |

Morgan Chu (CA 70446)
David I. Gindler (CA 117824)
Christopher A. Vanderlaan (CA 155628)
Laura E. Evans (CA 254547)
H. Annita Zhong (CA 266924)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010

06024744

## Certificate of Service

      I, Thomas F. Maffei, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 6, 2012.

                                          */s/ Thomas F. Maffei*
                                          Thomas F. Maffei