# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>             Plaintiff,<br><br>       vs.<br><br>VIZIO, Inc.,<br><br>             Defendant. | Civil Action No. 1:12-cv-10900-DJC |

## VIZIO'S MOTION TO DISMISS MIT'S CLAIMS OF INDIRECT AND WILLFUL INFRINGEMENT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant VIZIO, Inc. ("VIZIO") respectfully moves for this Court to dismiss the claims of indirect patent infringement (pre-suit) and willful patent infringement alleged by Plaintiff Massachusetts Institute of Technology ("MIT") in its First Amended Complaint.  VIZIO also moves to strike, under Fed. R. Civ. P. 12(f), the paragraphs related to MIT's claims of indirect patent infringement (pre-suit) and willful patent infringement alleged in MIT's First Amended Complaint.  As grounds for this Motion, VIZIO respectfully refers the Court to its accompanying Memorandum in Support, filed herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), VIZIO respectfully requests a hearing on this Motion, unless the Court grants this Motion on the papers filed.

                                                                  Respectfully submitted,

                                                                  VIZIO, Inc.

Dated: September 30, 2013

/s/ Brendan T. St. Amant_____

T. Christopher Donnelly (BBO # 129930)
Brendan T. St. Amant (BBO # 672619)
DONNELLY, CONROY & GELHAAR, LLP One
Beacon Street 33rd Floor
Boston, MA 02108
Telephone: (617) 720-2880

Todd E. Landis *(pro hac vice)*
State Bar No. 24030226
tlandis@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

Kevin G. McBride *(pro hac vice)*
kmcbride@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: 213.254.1200
Facsimile: 213.254.1201

James L. Duncan III (pro hac vice)
State Bar No. 24059700
jduncan@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: 713.220.5800
Facsimile: 713.236.0822

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

    I hereby certify that on September 27, 2013, I conferred with counsel for Plaintiff MIT and attempted in good faith to resolve or narrow the issues presented by this Motion to the greatest possible extent.

/s/ James L. Duncan III
James L. Duncan III

2

## **CERTIFICATE OF SERVICE**

      Pursuant to L.R. 5.2(b)(2) and 5.4 of the Local Rules of the United State District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            /s/ Brendan T. St. Amant
                                            Brendan T. St. Amant