**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>          Plaintiff,<br>     vs.<br>VIZIO, INC.,<br>          Defendant. | Civil Action No. 1:12-cv-10900-DJC |

## VIZIO'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS MIT'S CLAIMS OF INDIRECT AND WILLFUL INFRINGEMENT

Pursuant to Local Rule 7.1(B)(3), Defendant VIZIO, Inc. ("VIZIO") hereby requests that this Court grant it leave to file a reply memorandum in support of its Motion to Dismiss MIT's Claims of Indirect and Willful Infringement.  The proposed Reply Memorandum is attached hereto as Exhibit A.  VIZIO contends that this Reply Memorandum will assist the Court in deciding VIZIO's Motion.  MIT does not oppose this Motion and plans to file a sur-reply memorandum by Tuesday, December 3, 2013.

Wherefore, VIZIO respectfully requests that this Court grant it leave to file the Reply Memorandum attached as Exhibit A.

Dated:  November 21, 2013

                              Respectfully submitted,
                              VIZIO, Inc.

                              /s/     Brendan T. St. Amant
                              T. Christopher Donnelly (BBO # 129930)
                              Brendan T. St. Amant (BBO # 672619)
                              DONNELLY, CONROY & GELHAAR, LLP
                              260 Franklin Street, 16th Floor
                              Boston, MA 02110
                              Telephone:  (617) 720-2880

                              Todd E. Landis *(pro hac vice)*
                              State Bar No. 24030226
                              tlandis@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone:  214.969.2800
Facsimile:  214.969.4343

Kevin G. McBride *(pro hac vice)*
kmcbride@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone:  213.254.1200
Facsimile:  213.254.1201

James L. Duncan III *(pro hac vice)*
State Bar No. 24059700
jduncan@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone:  713.220.5800
Facsimile:  713.236.0822

## CERTIFICATE OF SERVICE

Pursuant to L.R. 5.2(b)(2) and 5.4 of the Local Rules of the United State District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Brendan T. St. Amant
Brendan T. St. Amant

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with counsel for Plaintiff and attempted in good faith to resolve or narrow the issues presented by this Motion to the greatest possible extent.  Plaintiff does not oppose this Motion.

/s/ Brendan T. St. Amant
Brendan T. St. Amant