**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br>       Plaintiff, <br><br>   vs. <br><br> VIZIO, INC., <br><br>       Defendant. | Civil Action No. 12-10900-DJC |

## NOTICE OF WITHDRAWAL OF
## MIT'S SUBPOENA TO COALITION UNITED TO TERMINATE
## FINANCIAL ABUSES OF THE TELEVISION TRANSITION LLC

Please take notice that the plaintiff, Massachusetts Institute of Technology, withdraws its

subpoena dated December 6, 2013 to Coalition United to Terminate Financial Abuses of the

Television Transition LLC.

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**

By its attorneys,

*/s/ Brian D. Lipkin*
Alan D. Rose (BBO #427280)
Brian D. Lipkin (BBO #673850)
ROSE, CHINITZ & ROSE
One Beacon Street, 23rd Floor
Boston, Massachusetts 02108
(617) 536-0040
adr@rose-law.net
bdl@rose-law.net

Morgan Chu (CA 70446)
David I. Gindler (CA 117824)
Christopher A. Vanderlaan (CA 155628)
Melissa Sedrish Rabbani (CA 283993)
Amy Proctor (CA 283845)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Dated:  December 23, 2013                    Facsimile: (310) 203-7199

## CERTIFICATE OF SERVICE

On December 23, 2013, I e-mailed this document to counsel for VIZIO and mailed it to:

Coalition United to Terminate Financial Abuses of the Television Transition LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware  19801

    */s/ Brian D. Lipkin*