**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>            Plaintiff,<br><br>       vs.<br><br>VIZIO, INC.,<br><br>            Defendant. | Civil Action No. 12-10900-DJC |

## JOINT STIPULATION AND MOTION TO DISMISS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Massachusetts Institute of Technology ("MIT") and Defendant VIZIO, Inc. ("VIZIO") (collectively, the "Parties"), by and through counsel, stipulate and move as follows:

The Parties hereby stipulate to the dismissal with prejudice of all claims and causes of action asserted by MIT in the above-captioned action and to the dismissal without prejudice of all counterclaims and causes of action asserted by VIZIO in the above-captioned action.

The Parties have further agreed that all attorneys' fees and costs shall be borne by each party incurring the same.

An agreed-upon Proposed Order of Dismissal has been lodged concurrently herewith. The parties respectfully request that the Proposed Order of Dismissal supersede the Court's prior order dismissing the case on December 19, 2013 (Dkt. 91).

Dated:   December 23, 2013

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| VIZIO, Inc. | MASSACHUSETTS INSTITUTE OF TECHNOLOGY |
| */s/ Kevin G. McBride* _____ | */s/ Brian D. Lipkin* _____ |
| T. Christopher Donnelly (BBO # 129930)<br>Brendan T. St. Amant (BBO # 672619)<br>DONNELLY, CONROY & GELHAAR, LLP<br>One Beacon Street, 33rd Floor<br>Boston, Massachusetts 02108<br>(617) 720-2880 | Alan D. Rose (BBO #427280)<br>Brian D. Lipkin (BBO #673850)<br>ROSE, CHINITZ & ROSE<br>One Beacon Street, 23rd Floor<br>Boston, Massachusetts 02108<br>(617) 536-0040<br>adr@rose-law.net<br>bdl@rose-law.net |
| Todd E. Landis (*pro hac vice*)<br>State Bar No. 24030226<br>tlandis@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343 | Morgan Chu (CA 70446)<br>David I. Gindler (CA 117824)<br>Christopher A. Vanderlaan<br>(CA 155628)<br>Melissa Sedrish Rabbani (CA 283993)<br>Amy Proctor (CA 283845)<br>mchu@irell.com;dgindler@irell.com;<br>cvanderlaan@irell.com; mrabbani@irell.com;<br>aproctor@irell.com |
| Kevin G. McBride (*pro hac vice*)<br>kmcbride@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>633 West Fifth Street, Suite 4900<br>Los Angeles, California 90071<br>Telephone: (213) 254-1200<br>Facsimile: (213) 254-1201 | IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 |
| James L. Duncan III (*pro hac vice*)<br>State Bar No. 24059700<br>jduncan@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, Texas 77002<br>Telephone: (713) 220-5800<br>Facsimile: (713) 236-0822 | |

## **CERTIFICATE OF SERVICE**

I certify that on December 23, 2013, I e-filed this document through the ECF system.

*/s/ Brian D. Lipkin* _____