UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO, INC.,<br><br>Defendant. | Civil Action No. 12-10900-DJC |

### [PROPOSED] ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that, pursuant to Rule 41 of the Federal Rules of Civil Procedure and the parties' joint motion to dismiss:

All claims for relief and causes of action asserted by Plaintiff Massachusetts Institute of Technology in this action are dismissed with prejudice. All counterclaims for relief and causes of action asserted by Defendant VIZIO, Inc. in this action are dismissed without prejudice. This Order supersedes the Court's prior order of dismissal entered on December 19, 2013 (Dkt. 91).

IT IS SO ORDERED on this 20th day of May, 2014.

_____
The Honorable Denise J. Casper

2943722